**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| DEREK J. GREEFF, | Case No. 2:15-cv-07411-R-AJW |
| Plaintiff/Petitioner, | **JUDGMENT** |
| vs. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | |
| Defendant/Respondent. | |

**IT IS HEREBY ADJUDGED AND DECREED** that judgment is entered in favor of Defendant/Respondent Merrill Lynch, Pierce, Fenner & Smith Incorporated and against Plaintiff/Petitioner Derek J. Greeff as follows:

(a) Compensatory damages in the amount of $1,083,016.83, including pre-judgment interest from August 15, 2012 through May 27, 2015;

(b) Attorneys' fees in the amount of $204,498.55;

(c) Post-judgment interest on the amount of $1,287,515.38 at the rate of 10% per annum from May 28, 2015 until the total award is paid in full; and

1     (d)    Attorneys' fees incurred by Merrill Lynch in its continuing efforts to collect on the Arbitration Award and the judgment entered by this Court, according to proof, from the date of the Arbitration Award until the total judgment amount is fully paid.

**JUDGMENT IS SO ENTERED.**

DATED: _____February 16__, 2016

_____
The Honorable Manuel L. Real
United States District Judge

-2-
JUDGMENT